IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LYLE J. FROYD and AMY L. FROYD,            )
                                            )
            Plaintiffs,                      )     TC-MD 160330R
                                            )
      v.                                     )
                                            )
DEPARTMENT OF REVENUE,                       )
State of Oregon,                             )
                                            )
            Defendant.                       )     **DECISION OF DISMISSAL**

This matter came before the court on its Order of Dismissal, entered January 28, 2019, incorporated herein by reference, dismissing Plaintiffs' appeal for lack of prosecution. The court did not receive a statement for costs and disbursements within 14 days after its Order of Dismissal was entered. *See* Tax Court Rule – Magistrate Division (TCR-MD) 16 C(1). Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal be dismissed.

Dated this ___ day of February 2019.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of this Decision of Dismissal or this Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Boomer and entered on February 20, 2019.*

DECISION OF DISMISSAL  TC-MD 160330R                                          1